**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6975**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CALVIN TYRONE YOUNG, a/k/a Too Short,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.   N. Carlton Tilley, Jr., Senior District Judge.   (4:96-cr-00243-NCT-1)

_____

Submitted:  December 20, 2011      Decided:  December 23, 2011

_____

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin Tyrone Young, Appellant Pro Se.  Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Tyrone Young appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Young, No. 4:96-cr-00243-NCT-1 (M.D.N.C. July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED